# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUANITA TERESA CONNORS | : CIVIL ACTION |
| v. | : |
| NANCY A. BERRYHILL | : NO. 17-1084 |

## ORDER

**AND NOW**, this 29th day of September 2017, upon considering Plaintiff's Petition for Review (ECF Doc. No. 10), the Commissioner's Response (ECF Doc. No. 13), Plaintiff's Reply (ECF Doc. No. 14) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition for Review (ECF Doc. No. 10) is **DENIED**. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.